IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01870-WDM-MEH

TIER1 INNOVATION, LLC, a Colorado Limited Liability company,

Plaintiff,

v.

EXPERT TECHNOLOGY GROUP, LP, a Pennsylvania limited partnership, a/k/a
EXPERT TECHNOLOGY ASSOCIATES,

Defendant.

## ORDER GRANTING STIPULATED MOTION TO TRANSFER

The Court, upon consideration of the Stipulated Motion to Transfer, and being duly advised in the premises, hereby

GRANTS the Motion, and ORDERS that this matter be transferred to the United States District Court for the Eastern District of Pennsylvania.

DATED this 5th day of October, 2006.

BY THE COURT

United States District Judge